JOHN MELICHAREK, PLAINTIFF-RESPONDENT, v. HILL BUS COMPANY, DEFENDANT-PETITIONER.

See same case below: 70 *N. J. Super.* 150.

*Messrs. Towe & Gilady, Mr. Edward J. O'Mara* and *Mr. James Dorment, Jr.,* for the petitioner.

*Messrs. Marcus & Levy* and *Mr. Harry C. Chashin* for the respondent.

January 15, 1962. Granted.

FENTRON ARCHITECTURAL METALS CORPORATION, PLAINTIFF-PETITIONER, v. SAMUEL ROMAGNINO, *ET AL.*, DEFENDANTS-RESPONDENTS.

See same case below: 69 *N. J. Super.* 410.

*Messrs. McCarter & English, Mr. Merritt Lane, Jr.,* and *Mr. Michael D. Loprete* for the petitioner.

*Messrs. Major & Major* for the respondents.

January 15, 1962. Denied.